[No. 7540–7–II.  Division Two.  April 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
DANE WYRICK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–01328–5, Robert H. Peterson, J., entered December 12, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Alexander and Green, JJ.

[No. 6174–4–III.  Division Three.  April 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
CHARLES DANFORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–1–00435–8, George T. Shields, J., entered November 3, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 6807–2–III.  Division Three.  April 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY
E. MILES, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84–1–00545–4, Walter A. Stauffacher, J., entered October 8, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.